UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FRANSISKA SUSILO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., form unknown, WACHOVIA MORTGAGE, FSB, form unknown; ETS SERVICES, LLC, form unknown; DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 2:11-cv-01814-CAS-PJW<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE OF DEFENDANT WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.**<br><br>[Assigned to the Christina A. Snyder] |
| AND RELATED CROSS ACTIONS | |

The Court held a bench trial in this action from December 4, 2012 to December 6, 2012. On February 28, 2013, the Court entered its *Findings of Fact and Conclusions of Law* (Docket #225), ruling in favor of defendant WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., successor by merger to Wachovia Mortgage, FSB, erroneously sued here separately as "Wells Fargo Bank, N.A., form unknown; Wachovia Mortgage, FSB, fka World Savings Bank, FSB,

form unknown" (collectively, "Wachovia Mortgage, a division of Wells Fargo Bank, N.A."). Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., is dismissed from this action with prejudice.

2. Judgment is entered in favor of defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A. and against plaintiff Fransiska Susilo.

3. Plaintiff Fransiska Susilo shall take and recover nothing in this action from defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A. Each side shall bear its own attorneys' fees and costs.

Dated: March 21, 2013

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE OF DEFENDANT WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

| | |
|---|---|
| Roger A. S. Manlin, Esq.<br>rmanlin@manlinlaw.com<br>4647 Kingswell Ave., # 158<br>Los Angeles, CA 90027<br>Tel: (323) 953-6789<br>Fax: (323) 953-6156 | Attorneys for Plaintiff<br>FRANSISKA SUSILO |
| Stephen C. Chuck, Esq.<br>schuck@foleymansfield.com<br>Tiffany M. Birkett, Esq.<br>tbirkett@foleymansfield.com<br>Victoria J. Tsoong, Esq.<br>vtsoong@foleymansfield.com<br>FOLEY & MANSFIELD, PLLP<br>300 South Grand Ave., Suite 2800<br>Los Angeles, CA 90071<br>Tel: (213) 283-2100<br>Fax: (213) 283-2101 | Attorneys for Defendant<br>ETS Services, LLC |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **March 13, 2013**.

| Lina C. Velasquez | */s/ Lina C. Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

95451/000660/00593141-1

CASE NO. 2:11-cv-01814-CAS-PJW
CERTIFICATE OF SERVICE